USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKYLINE GROUP ASIA LIMITED,

              Plaintiff,

-against-

TRANSFORM HOLDCO, LLC,

              Defendant.

1:20-cv-04847-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court has been advised that the parties in this case have reached a settlement in principle. The parties are advised that all existing deadlines and dates—including the deadline for Defendant to file its answer—**remain in effect** unless and until the parties submit a stipulation of settlement and dismissal to the Court or, pending final execution of a settlement, request dismissal without prejudice to restoring the action to the Court's calendar within thirty days.

**SO ORDERED.**

Dated: September 18, 2020
      New York, New York

_____
**MARY KAY VYSKOCIL
United States District Judge**